EXHIBIT A

EXHIBIT A

