EXHIBIT B

EXHIBIT B


Case 2:11-cv-01103-RTR   Filed 12/05/11   Page 2 of 2   Document 1-2
COMPLAINT, EXHIBIT B