# EXHIBIT C

# EXHIBIT C

