EXHIBIT D

EXHIBIT D


COMPLAINT, EXHIBIT D